JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE PROSPECT MEDICAL HOLDINGS, INC. DATA BREACH<br><br>This Document Relates To:<br>ALL ACTIONS | Case No. 2:23-cv-08284-SB-SSC<br><br>ORDER TRANSFERRING CONSOLIDATED ACTION PURSUANT TO THE PARTIES' STIPULATION<br><br>Judge: Hon. Stanley Blumenfeld |

Plaintiffs Joshua Stradinger, Mario Robles, Laura Doverspike, Rodney Hoggro, Yolanda Boyle, Jay Goldstein, and Latoya Pratcher[1] (collectively, "Plaintiffs") and Defendant Prospect Medical Holdings, Inc. ("Defendant" or "Prospect") have stipulated and agreed to transfer the matters consolidated and docketed under Case No. 2:23-cv-08284-SB-SSC (collectively, the "Consolidated Action") to the U.S. District Court for the Eastern District of Pennsylvania for the reasons set forth in their stipulation, including the presence in that district of a case involving substantially similar underlying factual allegations, *Roma v. Prospect Medical Holdings, Inc.*, No. 2:23-cv-03216 (E.D. Pa.).

---

[1] The case *Latoya Pratcher v. Prospect Medical Holdings*, No. 2:23-cv-09508-SB-SSC, was consolidated with the *Stradinger* cases on December 8, 2023, by operation of Dkt. No. 25 (on the *Pratcher* docket), when Pratcher elected not to file a motion to remand.

In an abundance of caution, Defendant has also filed a motion to transfer, Dkt. No. 47, which the Court has reviewed and which appears to be reasonably well supported. Because the motion is unopposed and the parties have submitted a stipulation to transfer, the Court does not believe that it would serve any purpose to conduct a hearing on the motion.

Based on the parties' agreement and stipulation to transfer the Consolidated Action, and for the reasons set forth in the parties' stipulation and motion to transfer, it is ORDERED that the Consolidated Action is hereby transferred from the U.S. District Court for the Central District of California to the U.S. District Court for the Eastern District of Pennsylvania.

Dated: December 8, 2023



Stanley Blumenfeld, Jr.
United States District Judge

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28